UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCI FRANK GARRETT,<br>　　　　Plaintiff,<br>　　v.<br>LAURIE SMITH, et al.,<br>　　　　Defendants. | Case No. 16-cv-02864-JCS (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 18 |

Plaintiff's release from incarceration renders this action, which sought only injunctive relief for access to prison program, moot. When an inmate is released from prison or transferred to another prison and there is no reasonable expectation nor demonstrated probability that he will again be subjected to the prison conditions from which he seeks injunctive relief, the claims for injunctive relief should be dismissed as moot. *Dilley v. Gunn*, 64 F.3d 1365, 1368-69 (9th Cir. 1995); *see also Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2012) (same for claims for declaratory relief); *cf. Sadorski v. Mosley*, 435 F.3d 1076, 1080 (9th Cir. 2006) (affirming dismissal of class claim for injunctive relief because inmate was no longer incarcerated and therefore had no personal stake in the outcome of this litigation) (citing *Flast v. Cohen*, 392 U.S. 83, 101 (1968)).

This action is DISMISSED. Defendants' motion for judgment on the pleadings (Dkt. No. 18) is DENIED as moot. The Clerk shall terminate Dkt. No. 18, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 17, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCI FRANK GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>LAURIE SMITH, et al.,<br><br>    Defendants. | Case No. 16-cv-02864-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on April 17, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rocci Frank Garrett ID: ID: DSO-358
Elmwood Correctional Facility
701 S. Abel Street
Milpitas, CA 95035


Dated: April 17, 2017

                                                           Susan Y. Soong
                                                           Clerk, United States District Court

                                                            By:_____
                                                           Karen Hom, Deputy Clerk to the
                                                           Honorable JOSEPH C. SPERO